JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUL 24 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CARY ZANE TODD ALDEN, Defendant. | CR 17- 86 -BLG-SPW<br><br>INDICTMENT<br><br>VOLUNTARY MANSLAUGHTER<br>Title 18 U.S.C. §§ 1153(a) and 1112(a)<br>(Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about October 6, 2016, at Lame Deer, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian country, the defendant, CARY ZANE TODD ALDEN, an Indian person, unlawfully killed D.F. while in a sudden quarrel or heat of

1

passion, and recklessly with extreme disregard for human life, in violation of 18 U.S.C. §§ 1153(a) and 1112(a).

A TRUE BILL.

Foreperson Signature Redacted.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X _____
Bail: none _____