UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUL 28 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARY ZANE TODD ALDEN,<br><br>　　　　　　　　　　Defendant. | CR-17-86-BLG-SPW<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

　　　　YOU ARE HEREBY COMMANDED to arrest CARY ZANE TODD ALDEN and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Voluntary Manslaughter and Crime on an Indian Reservation in violation of Title 18 United States Code, Sections 1112(a) and Section 1153(a).

Assigned to: John D. Sullivan, AUSA

_____
Judith Rhoades, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 24th day of July, 2017

| RETURN | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| DATE OF ARREST: 7/26/17 | *Darrell Bell*<br>**UNITED STATES MARSHAL**<br><br>US MARSHALS SERVICE<br>BILLINGS, MT<br>2017 JUL 24 P 3:06<br>RECEIVED |
| LOCATION: Lame Deer, MT | |
| BY: _____ Deputy U.S. Marshal | |