## WITNESS LIST
## UNITED STATES OF AMERICA

| UNITED STATES OF AMERICA vs CARY ZANE TODD ALDEN | | District Court MONTANA |
|---|---|---|
| **Plaintiff's Attorneys** John D. Sullivan Bryan T. Dake | **Defendant's Attorney** David Merchant Gillian Gosch | **Docket Number** CR 17-86-BLG-SPW **Trial Date** April 23, 2018 |
| **Presiding Judge** Susan P. Watters | **Court Reporter** Rebecca Sabo | **Courtroom Deputy** E. Hamnes |

| Date Plaintiff's Behalf | Date Defendant's Behalf | WITNESS |
|---|---|---|
| 4/23 - 4/24 | | FBI Special Agent Aaron Christensen |
| | | BIA Special Agent John Dodd |
| 4/24/18 | | BIA Special Agent Chansey McMillan |
| 4/23/18 | | National Park Service Officer Peter Rodriguez |
| 4/23/18 | | Northern Cheyenne Officer Ronald Burns |
| | | Northern Cheyenne Officer Robert Ashcraft |
| 4/24/18 | | Dr. Robert Kurtzman |
| 4/23/18 | | Shyanne Killsnight |
| 4/24/18 | | Marcy Plaza, FBI Lab, DNA Casework Unit |
| | | Rena Hammer, FBI Lab, Chemistry Unit |
| 4/23/18 | | Dr. Stephen Sonntag |
| | | |

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Montana

UNITED STATES OF AMERICA

V.

CARY ZANE TODD ALDEN

**WITNESS LIST**

Case Number: CR-17-86-BLG-SPW

| PRESIDING JUDGE<br>Susan P. Watters | PLAINTIFF'S ATTORNEY<br>John D. Sullivan, Bryan T. Dake | DEFENDANT'S ATTORNEY<br>David Merchant, Gillian Gosch |
|---|---|---|
| TRIAL DATE(S)<br>April 23, 2018 - April 2 , 2018 | COURT REPORTER<br>Rebecca Sabo | COURTROOM DEPUTY<br>E.Hamnes |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | x | 4/24/2018 |  |  | Cary Zane Todd Alden |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages