**FILED**

MAY 22 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARY ZANE TODD ALDEN,<br><br>Defendant. | CR 17-86-BLG-SPW<br><br>**ORDER** |

Upon the Defendant's Motion for Issuance of Subpoenas and Payment of Witness Fees by United States Marshall (Doc. 47), and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue subpoenas for the witnesses listed below who are to appear on behalf of Defendant at the Trial, which is scheduled for **Monday, June 25, 2018, at 9:00 a.m.**, in Billings, Montana;

**IT IS FURTHER ORDERED** that the United States' Marshals Service shall pay witness fees and expenses for the witnesses listed below who are to

1

appear on behalf of Defendant at the Jury Trial, which is scheduled to take place

**Monday, June 25, 2018, at 9:00 a.m.,** in Billings, Montana;

1. Northern Cheyenne Officer Robert Ashcraft
2. Northern Cheyenne Officer Ronald Burns
3. National Park Service Officer Peter Rodriguez
4. BIA Special Agent John Dodd
5. BIA Special Agent Chansey McMillin

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 21st day of May, 2018.

SUSAN P. WATTERS
United States District Judge