

**FILED**
JUN 0 4 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARY ZANE ALDEN,<br><br>Defendant. | CR 17-86-BLG-SPW<br><br>ORDER |

A copy of the trial transcript in this case has been requested. In the interests of protecting the jurors' personal privacy,

IT IS HEREBY ORDERED that the names of the jurors in the Volume IV transcript at page 399, line 11, page 445, line 25 and page 449, line 13 shall be redacted from the trial transcript in this matter.

DATED this 4th day of June, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge