FILED

JUN 1 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARY ZANE TODD ALDEN,<br><br>Defendant. | CR 17-86-BLG-SPW<br><br>ORDER FOR ISSUANCE OF<br>*SUBPOENA DECES TECUM* |

Upon consideration of the Defendant's Motion for Issuance of *Subpoena Dueces Tecum* (Doc. 56) pursuant to FED.R.CRIM.P. 17(c),

IT IS HEREBY ORDERED that Defendant's Motion for the Issuance of a *Subpoena Duces Tecum* directed to Jesse Mendoza, EMT, is hereby granted; further,

IT IS HEREBY ORDERED that the Clerk shall issue forthwith, pursuant to FED.R.CRIM. P. 17, a *Subpoena Duces Tecum* as follows:

<u>Mr. Jesse Mendoza, EMT</u>:

You are hereby commanded to produce any and all documents, including but not limited to reports, notes, invoices, etc., prepared by EMT Jesse Mendoza, Randall Azure, or the Northern Cheyenne Ambulance Services - related to their October 6, 2016, response to and treatment of Mr. Dusty Francis at 307 Morningstar Drive, Lame Deer, MT, no later than Monday, June 18, 2018.

DATED the 12th day of June, 2018.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge