# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARY ZANE TODD ALDEN, Defendant. | CR 17-86-BLG-SPW <br><br> **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Based upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 58), and good cause appearing,

IT IS HEREBY ORDERED that the indictment filed on July 24, 2017, in this case is **DISMISSED WITHOUT PREJUDICE** against the defendant, Cary Zane Todd Alden.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 20th day of June, 2018.

SUSAN P. WATTERS
United States District Judge

1